IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN MILEWSKI and <br> SCOTT DOLEMBA, <br> on behalf of plaintiffs and a class, | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Case No. 16-cv-2855 |
| vs. | ) <br> ) | Judge Kennelly <br> Magistrate Judge Valdez |
| YOUR MARKETING SOURCE, INC. <br> doing business as <br> INTERNET LOCAL LISTINGS, INC., | ) <br> ) <br> ) <br> ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Susan Milewski and Scott Dolemba hereby dismiss their individual claims against Defendant Your Marketing Source, Inc. with prejudice and their class claims against Defendant Your Marketing Source, Inc. without prejudice. This voluntary dismissal disposes of all claims against all parties.

Respectfully submitted,

s/Michelle A. Alyea
Michelle A. Alyea

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Michelle A. Alyea, hereby certify that on August 4, 2016, a copy of the foregoing document was filed electronically using the Court's CM/ECF system and was served via e-mail and U.S. mail on the following:

Eve Torres (ELTorres@manatt.com)
Christine Reilly (CReilly@manatt.com)
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd
Los Angeles, CA 90064

                   s/Michelle A. Alyea
                   Michelle A. Alyea